**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AUGUSTO BRIGIDO SAAVEDRA CALDERON, | No. 08-74614 |
| Petitioner, | Agency No. A070-784-023 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:     CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Augusto Brigido Saavedra Calderon, a native and citizen of Peru, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen based on ineffective assistance of counsel.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Saavedra Calderon's motion to reopen because the motion was filed more than five years after the BIA's September 5, 2002, order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Saavedra Calderon failed to demonstrate that he acted with the due diligence required to warrant equitable tolling, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**